B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Land Resource, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**58-2441904** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5323 Millenia Lakes Boulevard**<br>**Suite 300**<br>**Orlando, FL**     ZIP Code **32839** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                            Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):** Land Resource, LLC

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| See Attached Schedule 1 | | |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)       (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Land Resource, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jordi Guso**
Signature of Attorney for Debtor(s)

**Jordi Guso 863580**
Printed Name of Attorney for Debtor(s)

**Berger Singerman, P.A.**
Firm Name

**200 South Biscayne Blvd.**
**Suite 1000**
**Miami, FL 33131**
Address

Email: jguso@bergersingerman.com
**305-755-9500    Fax: 305-714-4340**
Telephone Number

**10/16/08**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ J. Robert Ward**
Signature of Authorized Individual

**J. Robert Ward**
Printed Name of Authorized Individual

**President and Secretary**
Title of Authorized Individual

**10/16/08**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Schedule 1**
**List of All Filing Entities**

| Legal Entity Name | Type | EIN | Incorporated |
|---|---|---|---|
| Blue Mist Farms, LLC | Limited Liability Company | 57-1158874 | Georgia |
| Bridge Pointe at Jekyll Sound, LLC | Limited Liability Company | 20-3265764 | Georgia |
| Clarks Hill Lake, LLC | Limited Liability Company | 20-2470453 | Georgia |
| Coastline Properties, LLC | Limited Liability Company | 58-2441901 | Georgia |
| Cumberland Harbour Realty, LLC | Limited Liability Company | 20-0257310 | Georgia |
| Hickory Bluff Marina Club, Inc. | Corporation | 20-5258493 | Georgia |
| Hickory Bluff Marina, LLC | Limited Liability Company | 20-4568742 | Georgia |
| Laird Bayou Brokerage, LLC | Limited Liability Company | 76-1635438 | Georgia |
| Laird Bayou, LLC | Limited Liability Company | 51-0425575 | Georgia |
| Laird Point Brokerage, LLC | Limited Liability Company | 20-2693133 | Georgia |
| Laird Point, LLC | Limited Liability Company | 16-1635438 | Georgia |
| Lakemont Advertising, LLC | Limited Liability Company | 58-2645850 | Georgia |
| Land Resource Group of NC, LLC | Limited Liability Company | 56-2181122 | Georgia |
| Land Resource Group, Inc. | Corporation | 58-2306158 | Georgia |
| Land Resource Meigs County, LLC | Limited Liability Company | 20-0367580 | Georgia |
| Land Resource Orchards, LLC | Limited Liability Company | 20-0385824 | Georgia |
| Land Resource Satilla River, LLC | Limited Liability Company | 20-0349672 | Georgia |
| Land Resource Watts Bar, LLC | Limited Liability Company | 20-0349164 | Georgia |
| Land Resource, LLC | Limited Liability Company | 58-2441904 | Georgia |
| LandFirst Mortgage, LLC | Limited Liability Company | 20-8088516 | Florida |
| LandFirst Title, LLC | Limited Liability Company | 20-8088437 | Florida |
| LR Baytree Landing, LLC | Limited Liability Company | 20-0782783 | Georgia |
| LR Buffalo Creek, LLC | Limited Liability Company | 20-1301424 | Georgia |
| LR Riversea, LLC | Limited Liability Company | 20-0349633 | Georgia |
| LRC Holdings, LLC | Limited Liability Company | 20-0671929 | Georgia |
| LRC Realty, LLC | Limited Liability Company | 20-2477849 | Georgia |
| Point Peter, LLLP | Limited Liability Limited Partnership | 51-0425580 | Georgia |
| Roaring River Holding Company, Inc. | Corporation | 20-4305933 | Delaware |
| Roaring River, LLC | Limited Liability Company | 20-2162356 | Georgia |
| Rush Creek Land Company, Inc. | Corporation | 63-0622353 | Delaware |
| Southern HOA Management, LLC | Limited Liability Company | 20-4568782 | Georgia |
| Stillwater Coves, LLC | Limited Liability Company | 20-2470453 | Georgia |
| The Ridges at Morgan Creek, LLC | Limited Liability Company | 20-3826810 | Georgia |

Villages at Norris Lake, LLC        Limited Liability Company        20-1859832    Georgia

## CERTIFICATE OF SECRETARY OF
## <u>LAND RESOURCE LLC</u>

I, Beth Nowlin, hereby certify that:

1. I am the duly elected, qualified and acting Secretary of LAND RESOURCE GROUP, INC the managing member of LAND RESOURCE, LLC a Georgia limited liability company (the "Company"), and as such have access to its corporate records and am familiar with the matters herein certified.

2. Attached hereto as Exhibit A is a true and correct copy of resolutions, and the preambles thereto, adopted on October 16, 2008, at a meeting of the Board of Directors of the Company at which meeting a quorum was present and acting throughout, and the resolutions and preamble set forth in Exhibit A hereto were duly adopted by the Board of Directors and are in full force and effect on and as of the date hereof, and have not been in any way amended, annulled, rescinded or revoked.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of October, 2008.

*Beth Nowlin*
BETH NOWLIN
Secretary of LAND RESOURCE GROUP, INC.

1315438-1

## Exhibit A

## RESOLUTIONS OF LAND RESOURCE, LLC

WHEREAS, the Board of Directors of LAND RESOURCE, LLC (the "Company"), upon recommendation of the officers of the Company, and upon the recommendation of the Company's professional advisors, has determined that it is desirable, fair, reasonable, and in the best interest of the Company and the Company's creditors, members and other interested parties for the Company to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT

### Filing and Prosecution of Bankruptcy Case

RESOLVED, that it is desirable and in the best interest of the Company and its creditors, members, and other interested parties to authorize the President, the Chief Financial Officer, the General Counsel and Corporate Secretary, or such other officer(s) of the Company as they shall from time to time designate, to cause to be filed a petition in the name of the Company (the "Chapter 11 Petition") seeking relief under the provisions of Chapter 11 of the Bankruptcy Code (the "Chapter 11 case"); and it is further

RESOLVED, that the President, the Chief Financial Officer, the General Counsel, Corporate Secretary or any other officer authorized by the Board of Directors be, and each hereby is, authorized and directed to execute the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), in such form and at such time as such officer(s) shall determine; and it is further

RESOLVED, that the President, the Chief Financial Officer, the General Counsel and Corporate Secretary, or such other officer(s) of the Company as they shall from time to time designate (each, an "Authorized Officer"), be, and each hereby is, authorized and directed to take all actions necessary to restructure the financial affairs of the Company, including causing to be filed in the bankruptcy case a Disclosure Statement and a Plan of Reorganization (the "Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

### Employment of Professionals

RESOLVED, that the law firm of Berger Singerman P.A. be, and hereby is, employed under general retainer as bankruptcy counsel for the Company in the Chapter 11 case, and the Authorized Officers of the Company are hereby authorized and directed to execute appropriate

retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Berger Singerman P.A.; and it is further

RESOLVED, that, if the Authorized Officers elect, the board of directors approves the engagement of Gulf Atlantic Capital Corporation ("GACC") or another person or firm as the financial advisor for the Company in the Chapter 11 case, and the Authorized Officers of the Company are hereby authorized and directed to determine which firm to engage or to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of GACC or other financial advisor, as applicable; and it is further

RESOLVED, that, if the Authorized Officers elect, the board of directors approves the engagement of GACC or another person or firm as the investment banker for the Company in the Chapter 11 case, and the Authorized Officers of the Company are hereby authorized and directed to determine which firm to engage or to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of GACC or other investment banker, as applicable; and it is further

RESOLVED, that, if the Authorized Officers elect, the board of directors approves the engagement of the firm of Trustee Services, Inc. ("TSI") as the claims and notice agent for the Company in the Chapter 11 case, and the Authorized Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of TSI; and it is further

RESOLVED, that the Authorized Officers of the Company be, and they hereby are, authorized and directed to employ any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

### General Authorizing, Resolutions

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the Company, under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other

actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a Chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of the Company on behalf of the Company in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Company; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Company.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

LAND RESOURCE, LLC, a Georgia
limited liability company,

Chapter 11 Case

Case No. 08-

Debtor.

Address:
5323 Millenia Lakes Blvd., Ste. 300
Orlando, FL 32839

Employer Tax I.D. No. (1904)

_____/

## CORPORATE OWNERSHIP STATEMENT OF LAND RESOURCE, LLC

Pursuant to Federal Rule of Bankruptcy Procedure 1007 and 7007.1, Land Resource, LLC discloses that J. Robert Ward owns 79.9% of the Debtor's membership interests and The Mallory Elizabeth Ward Irrevocable Trust owns 10.0% of the Debtor's membership interests, The Sarah Caitlin Ward Irrevocable Trust owns 10.% of the Debtor's membership interests, and Land Resource Group, Inc. owns 0.1% of the Debtor's membership interests.

### Unsworn Declaration Pursuant To 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2008.

/s/ J. Robert Ward
Signature

J. Robert Ward
Name

President and Secretary
Title

1384480-1

# United States Bankruptcy Court
## Middle District of Florida

In re    **Land Resource, LLC**                                Case No. _____

                                                   Debtor(s)           Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President and Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    *10/16/08*                             /s/ **J. Robert Ward**
                                                              **J. Robert Ward/President and Secretary**
                                                               Signer/Title

ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290

Alston & Bird LLP
1201 West Peachtree St
Atlanta, GA 30309-3424

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336

Apple Courier
2030 Powers Ferry Road #444
Atlanta, GA 30339

AT&T Long Distance Service
P.O. Box 856178
Louisville, KY 40285-6178

Atlanta Braves
755 Hank Aaron Drive
Atlanta, GA 30315

Baker & Hostetler, LLP
P.O. Box 70189
Cleveland, OH 44190

Bank of America
P.O. Box 15710
Wilmington, DE 19886

Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree St. N.W.
Atlanta, GA 30309

Bright House Networks
P.O. Box 31337
Tampa, FL 33631-3337

Business Cards Tomorrow #8
1150 Central Florida Parkway
Longwood, FL 32750

Caliper Management, Inc
P.O. Box 2050
Princeton, NJ 08543

Camden County Tax Commissioner
P.O. Box 698
Woodbine, GA 31569-0698

Canteen Corporation
P.O. Box 91337
Chicago, IL 60693

Capital Office Products
P.O. Box 1671
Daytona Beach, FL 32115

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675

City of Orlando
P.O. Box 4990
Orlando, FL 32802

Crystal Springs-TX
P.O. Box 660579
Dallas, TX 75266

Czarnowski Display Service, Inc
6067 Eagle Way
Chicago, IL 60678

Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197

Devictor Langham, Inc
81 Woodstock Road
Roswell, GA 30075

Duke Realty Services, LLC
75 Remittance Drive #3194
Chicago, IL 60675

Earl K. Wood, Orange Co Tax
P.O. Box 2551
Orlando, FL 32802

Falcon Air Link, Inc
15 Lindbergh Lane
Fletcher, NC 28732

Federal Express - Dallas
P.O. Box 660481
Dallas, TX 75266-0481

Four Points By Sheraton
22 Woodfin Street
Asheville, NC 28801

Graphic Systems, Inc
4507 36th Street, S.W.
Orlando, FL 32811

Hampton Inn - Hendersonville
155 Sugarloaf Road
Hendersonville, NC 28792

Netjets Aviation, Inc.
P.O. Box 933300
Atlanta, GA 31193-3300

Snelling Walters Ins. Agency
1117 Perimeter Center W  #W101
Atlanta, GA 30338

Hirshorn-Zuckerman Design
10101 Molecular Drive   #300
Rockville, MD 20850

Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

State of West Virginia
P.O. Box 2745
Charleston, WV 25330-2745

Human Assets South, Inc
4582 Atwater Court  #10
Buford, GA 30518

Pritchard & Jerden, Inc.
P.O. Box 102060
Atlanta, GA 30368-0060

The 1927 Lake Lure Inn And Spa
625 Oak Street
Green Cove Spgs, FL 32043

Ikon Financial Services
P.O. Box 740540
Atlanta, GA 30374-0540

Pritchett, Ball & Wise, Inc.
1389 Peachtree Street NE Ste#300
Atlanta, GA 30309

The Coastal Bank of Georgia
P.O. Box 1024
Brunswick, GA 31521

Iron Mountain
P.O. Box 915004
Dallas, TX 75391

Progressive Communications
1001 Sand Pond Rd
Lake Mary, FL 32746

Unibind, Inc
11810 Wills Road  #100
Alpharetta, GA 30004

Jackie Benjamin
940 Sweetwater Lane   #401
Boca Raton, FL 33431

Prudential Relocation, Inc
P.O. Box 841337
Dallas, TX 75284

Vaco Orlando, LLC
5410 Maryland Way  #460
Brentwood, TN 37027

Krevolin & Horst, LLC
1175 Peachtree St. NE   #2150
Atlanta, GA 30361

Revolve
650 Technology Park
Lake Mary, FL 32746

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266

Latham, Shuker, Eden, Beaudine, LLP
390 North Orange Avenue Suite 600
Orlando, FL 32801

Robert Half International
12400 Collections Center Dr
Chicago, IL 60693

Weinstock & Scavo, P.C.
3405 Piedmont Rd  NE  #300
Atlanta, GA 30305

National Consulting Services Inc.
HC1 Box 2362
Tannersville, PA 18372

Sea Ray of Knoxville
2600 Sea Ray Blvd.
Knoxville, TN 37914

Windstone LLC
18101 Watercraft Place
Cornelius, NC 28031

XO Communications
14239 Collections Center Drive
Chicago, IL 60693